**Electronically Filed
Supreme Court
SCWC-11-0000451
07-NOV-2012
12:09 PM**

NO. SCWC-11-0000451

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

LISA ANN PALI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000451; CR. NO. 05-1-0366(2))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba,
McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on September 24, 2012 by Petitioner/Defendant-Appellant Lisa Ann Pali is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawai'i, November 7, 2012.

Summer M.M. Kupau,
for petitioner

Artemio C. Baxa,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

